## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO

**DANIEL MORAS,** *individually and on behalf of others similarly situated,*

    **Plaintiff,**

        **v.**

**NPC INTERNATIONAL, INC. d/b/a PIZZA HUT,**

    **Defendant.**

                Defendants.

**Case No. 1:16-cv-00037-TJH**

## NOTICE OF SETTLEMENT

COMES NOW Plaintiff Daniel Moras, by and through his undersigned counsel, and

hereby advises this Honorable Court that the parties have reached a settlement in principle in this

action. The parties are finalizing settlement and dismissal documents, and expect to file the

dismissal papers within thirty (30) days.

    Dated this 16th day of November, 2016.

Respectfully submitted,

CARLSON LYNCH SWEET KILPELA
& CARPENTER LLP

s/ Edwin J. Kiplela, Jr.
Edwin J. Kilpela Jr., PA ID
201595
Stephanie K. Goldin, PA ID 202865
(*pro hac vice*)
Telephone:  (412) 322-9243

Gabriel J. McCarthy, ISB No. 7516
Telephone:  (208) 343-8888

CARLSON LYNCH SWEET KILPELA
& CARPENTER LLP
1133 Penn Avenue, 5th Floor
Pittsburgh, PA 15222
Telephone: 412.322.9243
Fax: 412.231.0246