IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| **DANIEL MORAS,** *individually and on behalf of others similarly situated,*<br><br>    Plaintiff,<br><br>        v.<br><br>**NPC INTERNATIONAL, INC. d/b/a PIZZA HUT,**<br><br>    Defendant. | Case No. 1:16-cv-00037-TJH |

### ORDER DISMISSING ACTION WITH PREJUDICE

AND NOW this 5th day of January, 2017, upon consideration of the Parties' Stipulation of Dismissal pursuant to Fed. R. Civ. P. 41(a)(1)(A), and in accordance with the Parties' Stipulation of Dismissal and Confidential Settlement Agreement and Release ("Settlement Agreement"), it is HEREBY ORDERED, ADJUDGED and DECREED as follows:

1. The above-captioned Case No. 1:16-cv-00037 is dismissed with prejudice.

2. The Court retains jurisdiction over the Parties and the above-captioned Case No. 1:16-cv-00037 with respect to the interpretation and enforcement of the Parties' Settlement Agreement.

3. The Clerk shall mark Case No. 1:16-cv-00037 as CLOSED.

_____
Terry J. Hatter, Jr., U.S. District Judge